UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| John Swiatek, Kristine Swiatek, and Christian Swiatek, | |
| Plaintiffs, | Case No. 23-12818 |
| v. | Judith E. Levy<br>United States District Judge |
| Utica Community Schools, | Mag. Judge Elizabeth A. Stafford |
| Defendant. | |

_____/

## ORDER REQUIRING PARTIES TO PARTICIPATE IN MEDIATION

On June 27, 2024, the Court held a hearing on Defendant Utica Community Schools' motion for judgment on the pleadings and to dismiss Plaintiffs John Swiatek, Kristine Swiatek, and Christian Swiatek's amended complaint. (*See* ECF No. 11.) After reviewing the filings from the parties and hearing oral argument on the motion, the Court believes that facilitative mediation may assist the parties in reaching a prompt resolution of this matter.

Accordingly, the parties are ORDERED to participate in facilitative mediation pursuant to Eastern District of Michigan Local Rule 16.4. The

mediation may take place in person or virtually. Counsel must email the Court's case manager, William Barkholz, with the parties' agreed upon mediator by **Wednesday, July 3, 2024**. The mediation must take place by **Friday, August 16, 2024**.[1] The parties should notify the Court's case manager of the mediation date once it has been scheduled.

If mediation is not successful, Plaintiffs must file their motion to amend, along with their proposed second amended complaint, by, **Friday, August 23, 2024**. Defendants may file a response by **Friday, August 30, 2024**.

IT IS SO ORDERED.

Dated: June 28, 2024　　　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Counsel should note that this date is one week earlier than the Court indicated at the hearing.

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 28, 2024.

                                             s/Tammy Hallwood
                                             TAMMY HALLWOOD
                                             Case Manager