# UNITED STATES DISTRIC COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN SWIATEK, KRISTINE
SWIATEK, and CHRISTIAN SWIATEK,

    Plaintiffs,

v.

UTICA COMMUNITY SCHOOLS,

    Defendant.

Case No. 5:23-cv-12818-JEL-EAS

Hon. Judith E. Levy

Mag. Elizabeth A. Stafford

## DEFENDANT'S MOTION TO WITHDRAW ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant, Utica Community Schools, moves to withdraw its Motion for Judgment on the Pleadings and to Dismiss Plaintiffs' First Amended Complaint, filed February 29, 2024 (ECF No. 11), without prejudice.  Undersigned counsel sought and received Plaintiffs' concurrence with the relief sought in this Motion.

Dated: September 20, 2024

MILLER JOHNSON
Attorneys for Defendant

By /s/ *Brandon S. Corcoran*
Kevin T. Sutton (P65364)
Brandon S. Corcoran (P85673)
500 Woodward Ave., Suite 2800
Detroit, MI 48226
suttonk@millerjohnson.com
corcoranb@millerjohnson.com

**UNITED STATES DISTRIC COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN SWIATEK, KRISTINE
SWIATEK, and CHRISTIAN SWIATEK,

    Plaintiffs,

v.

UTICA COMMUNITY SCHOOLS,

    Defendant.

Case No. 5:23-cv-12818-JEL-EAS

Hon. Judith E. Levy

Mag. Elizabeth A. Stafford

**BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO WITHDRAW ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

On February 29, 2024, Defendant, Utica Community Schools, filed a Motion for Judgment on the Pleadings and to Dismiss Plaintiffs' First Amended Complaint (ECF No. 11).  Following the hearing on Defendant's Motion, held on June 29, 2024, the Court ordered the parties to engage in mediation prior to issuing a decision on the Motion.  Mediation proved successful and the parties are now engaged in drafting and executing an agreement memorializing their settlement.

For this reason, and at the Court's direction, Defendant requests that its Motion for Judgment on the Pleadings and to Dismiss Plaintiffs' First Amended Complaint (ECF No. 11) be dismissed without prejudice, so that Defendant may refile the Motion, if necessary.

Undersigned counsel sought and received Plaintiffs' concurrence with the

1

relief sought in this Motion.


Dated: September 20, 2024            MILLER JOHNSON
                                     Attorneys for Defendant


                                     By /s/ *Brandon S. Corcoran*
                                     Kevin T. Sutton (P65364)
                                     Brandon S. Corcoran (P85673)

2