UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN SWIATEK, KRISTINE SWIATEK,
and CHRISTIAN SWIATEK,

      Plaintiffs,

v.

UTICA COMMUNITY SCHOOLS,

      Defendant.

Case No. 5:23-cv-12818-JEL-EAS
Hon. Judith E. Levy
Magistrate Elizabeth A. Stafford

---

### STIPULATED ORDER TO DISMISS THE CASE WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY'S FEES

The parties, through their respective counsel, have stipulated and agreed to entry of this Order.

IT IS HEREBY ORDERED that this matter is dismissed, with prejudice, and without costs or attorney's fees.

Date: April 3, 2025

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**Stipulated and Agreed:**

DEMOREST LAW FIRM, PLLC

By: _/s/ Mark S. Demorest_
Mark S. Demorest (P35912)
Attorneys for Plaintiffs

MILLER JOHNSON

By: _/s/ Kevin T. Sutton (w/permission)_
Kevin T. Sutton (P65364)
Brandon S. Corcoran (P85673)
Attorneys for Defendant